**To Whom It May Concern,**

I am writing to express my support for Devin Littlejohn, a dedicated and loving father who has consistently demonstrated an exceptional commitment to his children and personal growth. It is an honor to highlight the admirable qualities and positive steps he has taken as both a parent and an individual.

Devin Littlejohn is profoundly devoted to the well-being and happiness of his children. His actions consistently reflect his unwavering love and care for them. Whether it's ensuring their needs are met, providing emotional support, or creating cherished memories—such as attending Friday Night Lights football games at Spartan High or enjoying sunny Saturdays at the park—Devin prioritizes his role as a father above all else. His children speak warmly of his involvement in their lives, and it is clear that his influence has been a deeply positive force.

In addition to his personal dedication, Devin has demonstrated a commitment to self-improvement by successfully completing the Upstate Fatherhood Program in Spartanburg, South Carolina. This program emphasizes accountability and growth in parenting, and Devin embraced the opportunity to further develop his skills and deepen his understanding of fatherhood. The tools he gained through this experience have helped him foster a nurturing and supportive environment for his children.

Through his actions, Mr. Littlejohn exemplifies the qualities of a responsible, caring, and determined father. His steadfast commitment to creating a stable and loving home for his children underscores his dedication to being the best parent and individual he can be.

I fully support Devin Littlejohn as a father who prioritizes his family's well-being and continually strives for growth and improvement. He is a shining example of resilience and determination, and I have no doubt he will continue to excel in his role as a parent.

Should you require further information or have any questions, please feel free to contact me at 864-504-8756 or via email at paintopurposeangertoacceptance@gmail.com.

Sincerely,
Ronesha Boggs
Former Intervention Specialist with the Upstate Fatherhood Coalition