DEC 9 2024 AM 7:50
RCV'D - USDC G'VILLE SC

To whom this may concern i would like a copy of my Docket sheet & i would like to know how much it would be to buy my sentencing transcript

Thnk you
Jahid A. warden
#93340-510